1

2

3

4

5

6

7

8

9

10

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11   WAYNE T. EVANS

12             Plaintiff,

13       v.

14   JPMORGAN CHASE BANK

15   ET ... AL, DOES 1-200, inclusive

16             Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:16-CV-01204-RGK (DTBx)

[Assigned to the Honorable R. Gary Klausner]

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

LA 52015894

1   Based upon the Stipulation for Dismissal with Prejudice submitted by plaintiff
2   and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank,
3   the above captioned matter is hereby dismissed in its entirety with prejudice.

4   **IT IS SO ORDERED.**

5

6   Dated: October 20, 2016                              _____

7                                                        Hon. R. Gary Klausner
                                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086